UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTYWANE WILLIAMS | DOCKET NO. 16-CV-0605; SEC. "P" |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN GOODWIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition for writ of *habeas corpus* is **DISMISSED WITHOUT PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _____ day of Oct, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE